**Order entered April 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00680-CV

## KENNETH W. MORRISON AND STONECOAT OF TEXAS, L.L.C., Appellants

## V.

## PROCAL STONE DESIGN, L.L.C., AND JOHN D. PROFANCHIK, SR., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15721**

## ORDER

Before the Court is the parties' April 16, 2018 joint motion to stay the proceedings. The parties state that they have reached a confidential oral mediation agreement and request that the matter be stayed until July 16, 2018, in order to prepare the necessary documents. This case was submitted on February 20, 2018.

The Court **GRANTS** the parties' April 16, 2018 joint motion to stay the proceedings.

Counsel are **DIRECTED** to file status letters regarding the settlement every thirty (30) days from the date of this order until either a motion to dismiss is filed or the case is reinstated. Failure to do so will result in the reinstatement of the case and the issuing of an opinion in due course.

The Court **ABATES** this appeal until July 16, 2018, unless the parties file a motion to dismiss before that date or the parties fail to comply with this Court's directive to file status reports.

/s/     DOUGLAS S. LANG
PRESIDING JUSTICE